Lien foreclosure; from Newton superior court — Judge Hutcheson.  October 3, 1921.

*Rogers & Tuck,* for plaintiff in error.  *King & Johnson,* contra.

---

## 13070.  EVANS *v.* SMITH.

LUKE, J.  1.  A declaration filed upon an attachment will proceed as at common law, although the attachment itself and the levy made thereunder be dismissed.  See *Busby* v. *Elliott,* 22 *Ga. App.* 392 (95 S. E. 1014).

2.  The evidence demanded a verdict for the plaintiff, and it was not error for the court to direct the jury to find such a verdict.  The several assignments of error are without merit.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
>                    DECIDED MARCH 7, 1922.

Attachment; from city court of Floyd county — Judge Nunnally.  September 27, 1921.

*James Maddox,* for plaintiff in error.

*Willingham, Wright & Covington,* contra.

---

## 13073.  ABERNATHY *v.* WILSON.

The commission which, it was alleged, the purchaser, by agreement with the plaintiff and the seller, who had listed the land with the plaintiff for sale, was, as a condition of the sale, to pay to the plaintiff, he agreeing to release the seller from any claim for such commission, was not recoverable, under the allegations of the petition as amended; and the court did not err in dismissing the petition, on general demurrer.

>                    DECIDED MARCH 7, 1922.

Complaint; from Early superior court — Judge Worrill.  October 6, 1921.

The petition of Abernathy against Wilson, as amended, alleged: In the fall of the year 1919 H. F. McLaurin listed for sale with plaintiff his property known as the H. F. McLaurin plantation, it being agreed between them that plaintiff should offer it for sale at a price that would net McLaurin $16,200, and that if plaintiff should find a buyer he might have for his commission on the sale all above that price that he could induce the purchaser to pay. Plaintiff got in touch with the defendant as a possible purchaser

and took him to see the place, and on October 6, 1919, the defendant offered to buy the plantation, with certain live stock, farm implements, and farm products on it, for $18,000. McLaurin refused the offer unless the defendant agreed to pay the plaintiff such commission as plaintiff would charge for the sale, as he (McLaurin) wished the sale to net him $18,000. The defendant agreed to this condition, and on December 7, 1919, plaintiff agreed with the defendant and McLaurin that the sale should be consummated as set out above, and that he would release McLaurin from paying him any commission and would look to the defendant for it, he and the defendant agreeing that the commission was to be $450. The sale was consummated as set forth above, and on January 15, 1920, a deed to the property was made by McLaurin to the defendant. Demand for payment of the $450 was made upon the defendant by the plaintiff on and after February 1, 1920, this being the amount due plaintiff for his commission on the sale, and the defendant fails and refuses to pay it. Plaintiff prays judgment for this sum and interest.

It was contended on the part of the defendant that the plaintiff was never entitled to a commission from McLaurin, and that the alleged promise was without consideration; and the following citations were made by counsel: 70 *Ga.* 53; 4 *Ga. App.* 547, 549; 89 *Ga.* 117; 117 *Ga.* 504; 118 *Ga.* 677; 140 *Ga.* 342.

*Lowrey Stone,* for plaintiff. *A. H. Gray,* for defendant.

BROYLES, C. J. The court did not err in dismissing the amended petition on general demurrer.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

---

### 13075.   HEALD *v.* FIDELITY & DEPOSIT COMPANY.

As to agency to bind the construction company for the value of trees cut or sand taken from the plaintiff's land for use in building the bridge, the allegations of the petition were subject to the objections made in grounds 9 and 10 of the demurrer; and the court did not err in dismissing the petition.

DECIDED MARCH 7, 1922.

Action on bond; from city court of Thomasville — Judge W. H. Hammond. September 23, 1921.